UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  HON. JENNIFER CHOE-GROVES, JUDGE

_____
                                                          :
MTU MAINTENANCE HANNOVER GMBH,       :
                                                          :
                      Plaintiff,       :   Court No. 25-00023
                                                          :
            v.                                       :
                                                          :
UNITED STATES,                                :
                                                          :
                      Defendant.       :
_____ :

## NOTICE OF SUBSTITUTION OF ATTORNEY

    PLEASE TAKE NOTICE that Guy Eddon, hereby enters his appearance as principal attorney of record for the United States, defendant, in the above-captioned action, and requests that all papers in connection therewith be referred to his attention.  Mr. Luke Mathers may be removed as an attorney of record in this matter.

                                                    Respectfully submitted,

                                                    BRETT A. SHUMATE
                                                  Assistant Attorney General
                                                  Civil Division

                                                  PATRICIA M. McCARTHY
                                                  Director

By:           /s/ Justin R. Miller
                 JUSTIN R. MILLER
                 Attorney-In-Charge

                 /s/ Guy Eddon
                 GUY EDDON
                 Senior Trial Attorney
                 Department of Justice, Civil Division
                 Commercial Litigation Branch
                 26 Federal Plaza, Room 346
                 New York, New York 10278
Dated: November 10, 2025       (212) 264-9232 or 9230
                 *Attorneys for Defendant*