UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| MTU MAINTENANCE HANNOVER GMBH, | : |
| Plaintiff, | : |
| v. | : Court No. 25-00023 |
| UNITED STATES, | : |
| Defendant. | : |

## JOINT STATUS REPORT

Pursuant to this Court's Second Amended Scheduling Order dated November 24, 2025, the parties respectfully submit this joint status report to inform the Court of the progress of their settlement discussions. The settlement discussions have been fruitful, and progress has been made. For this reason, the parties respectfully request that the Court stay the matter for an additional ninety (90) days so that the parties can continue working towards a final resolution. Accordingly, the parties propose to submit a subsequent joint status report on May 21, 2026, if the matter is not resolved prior to that date.

Respectfully submitted,

/s/ Patrick C. Reed
Patrick C. Reed
Jerry P. Wiskin
SIMONS & WISKIN
98 Craig Road
Manalapan, New Jersey 07726
tel.: 646-627-6227
email: pcr@simonswiskin.com
*Attorneys for Plaintiff*


BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

/s/ Aimee Lee
AIMEE LEE
Assistant Director
International Trade Field Office

/s/ Guy Eddon
GUY EDDON
Senior Trial Attorney
U.S. Dept. of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, NY 10278
(212) 264-9232
*Attorneys for Defendant*

Dated: February 13, 2026