UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. JENNIFER CHOE-GROVES, JUDGE

|  |  |
|---|---|
| MTU MAINTENANCE HANNOVER GmbH,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES,<br><br>    Defendant. | Court No.<br><br>25-00023 |

### STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protest and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2. The imported merchandise covered by entry number 739-7063220-1 involved herein consists of a turbine mid-frame assembly for a gas turbine engine.

3. U.S. Customs and Border Protection classified the imported merchandise under the provision for other parts of other gas turbines in subheading 8411.99.90, Harmonized Tariff Schedule of the United States (HTSUS), dutiable at 2.4% *ad valorem*.

4. The stipulable imported merchandise is properly classifiable under the duty-free provision for "Products of the United States when returned after having been exported ... without having been advanced in value or improved in condition by any process of manufacture or any

Stipulated Judgment on Agreed Statement of Facts in Court No. 25-00023 (continued)

other means while abroad" in subheading 9801.00.10, HTSUS, and meets the requirements of U.S. note 1 to subchapter 1, chapter 98, HTSUS.

5. The imported merchandise, covered by entry number 739-7063220-1, is stipulable in accordance with this agreement.

6. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

7. All other claims are abandoned.

8. Each party will bear its own costs and attorney's fees.

Respectfully submitted,

By: /s/ *Patrick C. Reed*

Patrick C. Reed

SIMONS & WISKIN
*Attorneys for Plaintiff*
98 Craig Road
Manalapan, New Jersey 07726
tel.: 646-627-6227
email: pcr@simonswiskin.com

*Attorney for the plaintiff*

2

Stipulated Judgment on Agreed Statement of Facts in Court No. 25-00023 (continued)

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

*signature* 3/10/26
JUSTIN R. MILLER
Attorney In Charge
International Trade Field Office

*signature* 3/10/26
GUY EDDON
Senior Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
(212) 264-9232 or 9230
*Attorneys for the United States*

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entry and make refund in accordance with the stipulation of the parties set forth above.

Hon. Jennifer Choe-Groves, Judge

Date: _____